Form B3 (Official Form 3)
(9/97)

# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

In re ____Davison, Jovan Marie____,
        Debtor

Case No. ___08-26302___

Chapter ___7___

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __299.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __75.00__   Check one ☒ With the filing of the petition, or
                           ☐ On or before _____
   $ __75.00__   on or before __10-15-08__
   $ __75.00__   on or before __10-30-08__
   $ __74.00__   on or before __11-15-08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _Jovan Marie Davison_ _October 1, 2008_
Signature of Attorney        Date           Signature of Debtor        Date
                                           (In a joint case, both spouses must sign.)

Name of Attorney

                                           _____
                                           Signature of Joint Debtor (if any)   Date

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

__Jovan Marie Davison__                                          __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__
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.

__4709 Hickory Creek Dr. Apt.6__

__University Park, IL. 60466__
Address

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 01 2008
KENNETH S. GARDNER, CLERK
PS REP. - AI

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x _Jovan Marie Davison_                              _October 1, 2008_
Signature of Bankruptcy Petition Preparer            Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 88 U.S.C. § 156.

AZABAFAF

Form B3 continued
(9/97)

# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

In re _____Davison, Jovan Marie_____,         Case No. __08-26302__
                Debtor

                                              Chapter ____7____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: __OCT 0 1 2008__

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_

AZABAFAF